# Court of Appeals
# of the State of Georgia

ATLANTA,  May 31, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1181.  Q&A PROPERTIES, LLC et al. v. HTA CAMP CREEK III, LLC.**

Appellants having filed a Suggestion of Bankruptcy with this Court, the appeal in the above-styled case is hereby REMANDED to the trial court. Should the bankruptcy court deny or dismiss the petition, Appellants may re-institute the appeal by filing a new notice of appeal in the trial court within thirty days of the date of the entry of the order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/31/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*